478 A.2d 112

Commonwealth v. Filby, Appellant.

Submitted March 23, 1984. Robert C. Brady, for appellant; Frank C. Roney, Jr., Assistant District Attorney, for appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Affirmed.

POPOVICH, J., concurred in the result.